(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **PETTERBORG, JOHN & CAROLIN**

Chapter 13 Case No. **06-31335**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

RECEIVED
09 OCT 23 AM 11: 26
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rc# 1447

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| JOHN & CAROLIN PETTER BORG<br>106 7TH AVE S<br>ST JAMES, MN  56081 | DEBTOR REFUND | | $0.18 |

**TOTAL TO CLERK'S FUND**                                                                 $0.18

__October 21, 2009__                                            /s/ Kyle L Carlson
DATE                                                                            TRUSTEE